IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAMS, AKEIL | NO. 3:23-MJ-1101-BT |

**MOTION FOR DETENTION**

The United States moves for detention of defendant, Akeil Williams, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. § 3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_   Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_   Maximum sentence life imprisonment or death

    \_\_\_\_\_   10 + year drug offense

    \_\_\_\_   Felony, with two prior convictions in above categories

    \_X\_   Serious risk defendant will flee

    \_\_\_\_   Serious risk obstruction of justice

    \_\_\_\_   Felony involving a minor victim

    \_\_\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

    \_X\_   Petition for Supervised Release Revocation was filed

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__  Defendant's appearance as required

   _____  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States **will**/will not invoke the rebuttable presumption against defendant because (check one or both):

   _____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

   _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   _____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   _____  Previous conviction for "eligible" offense committed while on pretrial bond

   __X__  Probable cause to believe Defendant violated terms of Supervised Release, FRCP 32.1(a)(6)

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   __X__  At first appearance

   _____  After continuance of ___ days (not more than 3).

**Motion for Detention - Page 2**

DATED this   22nd   day of December 2023.

                                                Respectfully submitted,

                                                LEIGHA SIMONTON
                                                UNITED STATES ATTORNEY

                                                 /s/ *John J. de la Garza III*
                                                JOHN J. DE LA GARZA III
                                                Assistant United States Attorney
                                                Texas Bar #00796455
                                                1100 Commerce Street, Third Floor
                                                Dallas, Texas 75242-1699
                                                Telephone: 214-659-8682
                                                E-mail: john.delagarza@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 22nd day of December 2023.

                                                 /s/ *John J. de la Garza III*
                                                JOHN J. DE LA GARZA III
                                                Assistant United States Attorney